UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DUANE E. NOLAND, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>JOE EASTERLING, et al., )<br>)<br>Defendants. ) | No. 3:10-0486<br>JUDGE HAYNES |

### O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 22) that this action be transferred to the Western District of Tennessee, Eastern Division, at Jackson, Tennessee.  28 U.S.C. § 1406(a).

After de novo review, the Court **ADOPTS** the Report and Recommendation.  Accordingly, the Clerk shall **TRANSFER** this action to the Western District of Tennessee, Eastern Division, at Jackson, Tennessee.  28 U.S.C. § 1406(a).

It is so **ORDERED**.

**ENTERED** this the ___18th___ day of November, 2010.

WILLIAM J. HAYNES, JR.
United States in Judge